IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEANDRA STEPHENSON                                                                                    PETITIONER
ADC # 138392

v.                            Case No. 5:12CV00106 DPM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                 RESPONDENT

## **ORDER**

Petitioner has filed a petition and amended petition for writ of habeas corpus and paid the filing fee.

The Clerk will serve a copy of the amended petition (docket entry #10) and this Order on the Respondent and Attorney General by regular mail.

The Respondent will file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 9th day of April 2012.

_____
UNITED STATES MAGISTRATE JUDGE