IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEANDRA STEPHENSON                                                                                         PETITIONER
ADC # 138392

v.                          Case No. 5:12CV00106 DPM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                     RESPONDENT

## ORDER

Pending before the Court is Petitioner's Motion For Stay (DE #21). Petitioner requests the stay "so that [he] may pursue the three procedurally defaulted claims in State court thereby properly exhausting [them] pursuant to AEDPA."

Petitioner cannot meet the "good cause" standard set forth in *Rhines v. Weber*, 544 U.S. 269 (2005), to justify granting a stay of these federal proceedings in order for him to return to state court to file state habeas petitions regarding his procedurally defaulted claims. Accordingly, his motion to stay is denied.

IT IS SO ORDERED this 9th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE