IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEANDRA STEPHENSON**                                                                                       **PETITIONER**
**ADC #138392**

v.                          Case No. 5:12-cv-00106-KGB

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                                **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations of Magistrate Judge Jerome T. Kearney (Dkt. No. 33) and the objections filed by petitioner DeAndra Stephenson (Dkt. No. 34).  After a careful review of the Proposed Findings and Recommendations and the objections, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The relief requested is denied.

Accordingly, judgment shall be entered dismissing with prejudice this petition.  The Court will not issue a certificate of appealability because Mr. Stephenson has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this the 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge