IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEANDRA STEPHENSON**                                                                                   **PETITIONER**
**ADC #138392**

v.                              Case No. 5:12-cv-00106-KGB

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                         **RESPONDENT**

## ORDER

In accordance with the Court's Order entered on this date, it is considered, ordered, and adjudged that this petition for habeas corpus is dismissed with prejudice. The relief sought is denied. The certificate of appealability is denied.

SO ADJUDGED this the 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge